**STATE of Missouri, Respondent,**

v.

**Brandon L. WILSON, Appellant.**

ED 102929

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: May 24, 2016

Richard A. Starnes, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Amy M. Bartholow, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for appellant.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Brandon Wilson ("Movant") appeals from his conviction of first degree robbery. We affirm.

The judgment of the trial court is based on findings of fact that are not in plain error nor are an abuse of discretion. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).